# Court of Appeals, State of Michigan

## ORDER

People of MI v Mike Torres Zuniga

Docket No.    324157

LC No.    10-002810-FC

William B. Murphy
Presiding Judge

Kurtis T. Wilder

Stephen L. Borrello
Judges

The Court orders that the motion for reconsideration is GRANTED, and this Court's opinion issued February 16, 2016 is hereby VACATED. A new opinion is attached to this order.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

SEP 29 2016
_____
Date

_____
Chief Clerk